# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:16-CV-00350-LEK-KJM |
| CASE NAME: | Mark N. Begley v County of Kauai, Kauai Police Department, et al |
| ATTYS FOR PLA: | Kristen Ayako Yamamoto<br>Lyle S. Hosoda |
| ATTYS FOR DEFT: | Adam P. Roversi, *by telephone*<br>Sinclair Salas-Ferguson, *by telephone*<br>Matthew M. Bracken, *by telephone*<br>Mark L.E. Bradbury, *by telephone*<br>Peter M. Morimoto, *by telephone* |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - No Record |
| DATE: | 11/01/2017 | TIME: | 9:30 - 9:50 |

COURT ACTION: EP: SCHEDULING CONFERENCE hearing held.

Discussion held regarding new trial dates and pending motions.

Trial dates and all deadlines are VACATED.

Status Conference is set for November 27, 2017 at 9:30 a.m. before Magistrate Judge Kenneth J. Mansfield.

*Submitted by: Bernie Aurio, Courtroom Manager*