IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Mark N. Begley, | Civil No. 1:16-cv-00350-LEK-KJM |
| Plaintiff, | ORDER OF RECUSAL |
| vs. | |
| County of Kauai, Kauai Police Department, | |
| Defendant. | |

## ORDER OF RECUSAL

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, March 1, 2018.

Kenneth J. Mansfield
United States Magistrate Judge