LORETTA A. SHEEHAN         4160-0
CLARE E. CONNORS           7936-0
THOMAS M. OTAKE            7622-0
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone:  (808) 524-7500
Facsimile:   (808) 356-0418
Email: lsheehan@davislevin.com

LYLE S. HOSODA             3964-0
ADDISON D. BONNER          9163-0
HOSODA & BONNER, LLLC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com

Attorneys for Plaintiff
MARK N. BEGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT; DARRYL PERRY; ROY ASHER; MICHAEL CONTRADES; AND DOE DEFENDANTS 16-100,<br><br>Defendants. | Civil No. CV16-00350 LEK-RLP<br><br>**ERRATA TO DOCKET 392, PLAINTIFF'S MEMORANDUM IN OPPOSITION TO [323] DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT; DARRYL PERRY, in his official capacity; ROY ASHER, in his official capacity; MICHAEL CONTRADES,' in his official capacity, SUBSTANTIVE JOINDER TO [311] DEFENDANT DARRYL PERRY'S, in his individual capacity, MOTION FOR SUMMARY JUDGMENT, and [312] DEFENDANT ROY ASHER'S, in his individual capacity, MOTION** |

|  | **FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT; TABLE OF CONTENTS; TABLE OF AUTHORITIES; CERTIFICATE OF COMPLIANCE; AND CERTIFICATE OF SERVICE** |
|---|---|
|  | DATE: November 19, 2018<br>TIME: 9:45 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |
|  | TRIAL: May 6, 2019 |

**ERRATA TO DOCKET 392,
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO [323] DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT; DARRYL PERRY, in his official capacity; ROY ASHER, in his official capacity; MICHAEL CONTRADES,' in his official capacity, SUBSTANTIVE JOINDER TO [311] DEFENDANT DARRYL PERRY'S, in his individual capacity, MOTION FOR SUMMARY JUDGMENT, and [312] DEFENDANT ROY ASHER'S, in his individual capacity, MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Upon review of Plaintiff's filing of his Memorandum filed as Docket 392, it was discovered that the Table of Contents, Table of Authorities, and the Certificate of Compliance were inadvertently omitted. Attached are the omitted documents.

DATED: Honolulu, Hawaii, October 30, 2018.

                                 /s/ LORETTA A. SHEEHAN
                                 LORETTA A. SHEEHAN
                                 CLARE E. CONNORS
                                 THOMAS M. OTAKE
                                 LYLE S. HOSODA
                                 ADDISON D. BONNER
                                 Attorneys for Plaintiff

# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES

I. INTRODUCTION …………………………………………… 2

II. THE FACTS CONTROVERTED IN PLAINTIFF'S MEMORANDA AND CCSMF FILED IN OPPOSITION TO PERRY AND ASHER'S MOTIONS ALSO CONTROVERT THE FACTS RELIED UPON IN DEFENDANT COUNTY'S SJ ………………………………………………… 3

III. PREVIOUS COURT RULINGS ADDRESS DEFENDANT COUNTY'S LEGAL ARGUMENTS ……………………………………………. 4

IV. THE EVIDENCE DEMONSTRATES PLAINTIFF SUFFERED ADVERSE EMPLOYMENT ACTIONS AS WELL AS A CAUSAL LINK BETWEEN THE ADVERSE EMPLOYMENT ACTIONS AND PLAINTIFF'S PROTECTED ACTIVITY …………………………………………… 5

V. PLAINTIFF'S IIED CLAIM IS SUPPORTED BY EVIDENCE DEFENDANTS ACTED INTENTIONALLY AND WITH NOTICE THAT THEIR ACTIONS WERE LIKELY TO RESULT IN HARM …………. 12

VI. THE WHISTLEBLOWER CLAIM IS NOT TIME-BARRED ………… 13

VII. THE EVIDENCE DEMONSTRATES THAT NONE OF THE DEFENDANTS QUALIFY FOR IMMUNITY UNDER STATE OR FEDERAL LAW ……………………………………………………… 15

VIII. PLAINTIFF'S IIED CLAIM IS NOT BARRED BY THE WORKER'S COMPENSATION STATUTE ……………………………………….. 16

IX. CONCLUSION ……………………………………………… 17

# **TABLE OF AUTHORITIES**

*Cases*

*Agarwal v. Johnson*,
   25 Cal. 3d 932, 603 P.2d 58 (1979),................................................................13

*Crosby v. State Dept. of Budget & Fin.*,
   76 Hawaiʻi 332, 876 P.2d 1300 (1994) ...............................................................14

*Dawson v. Entek Int'l*,
   630 F.3d 928 (9th Cir. 2011) ................................................................................9

*Edenfield v. Estate of Willets*,
   No. CIV. 05-00418 SOM/BM, 2006 WL 1041724, at *14 (D. Haw. Apr. 14, 2006) ....................................................................................................................10

*Gillette v. Delmore*,
   979 F.2d 1342 (9th Cir.1993) ....................................................................... 10, 12

*Griffin v. JTSI, Inc.*
   654 F.Supp. 23 1122 (D. Haw. 2008) ..................................................................14

*Kelly v. City of Oakland*,
   198 F.3d 779 (9th Cir. 1999) ................................................................................16

*Lee v. Hawaii*,
   No. CIV0900032 SOM/KSC, 2010 WL 235009, at *5 (D. Haw. Jan. 20, 2010)..8

*Pembaur v. City of Cincinnati*,
   475 U.S. 469, 106 S. Ct. 1292, 89 L. Ed. 2d 452 (1986); ...................................12

*Reeves v. Sanderson Plumbing Products, Inc.*,
   530 U.S. 133, 120 S.Ct. 2097, 147 L.Ed.2d 105 (2000...........................................9

*U.S. ex rel. Lockyer v. Hawaii Pacific Health*,
   490 F.Supp.2d 1062 (D.Haw.2007) ....................................................................14

*White v. Ultramar, Inc.,*
  21 Cal. 4th 563, 981 P.2d 944 (1999) ................................................................13

*Winarto v. Toshiba Am. Elecs. Components, Inc.*,
  274 F.3d 1276 (9th Cir. 2001) ..............................................................................9

*Young v. Allstate Ins. Co.*,
  119 Haw. 403, 198 P.3d 666 (2008) ....................................................................12

*Statutes*

Haw. Rev. Stat. § 378–62 ....................................................................................14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| MARK N. BEGLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT; DARRYL PERRY; ROY ASHER; MICHAEL CONTRADES; AND DOE DEFENDANTS 16-100,<br><br>    Defendants. | Civil No. CV16-00350 LEK-RLP<br><br>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5** |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5**

I hereby certify pursuant to Rule 7.5 of the Local Rules of Practice for the United States District Court for the District of Hawaii that **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO [323] DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT; DARRYL PERRY, in his official capacity; ROY ASHER, in his official capacity; MICHAEL CONTRADES,' in his official capacity, SUBSTANTIVE JOINDER TO [311] DEFENDANT DARRYL PERRY'S, in his individual capacity, MOTION FOR SUMMARY JUDGMENT, and [312] DEFENDANT ROY ASHER'S, in his individual capacity, MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S**

**SECOND AMENDED COMPLAINT**, contains 4620 words according to Microsoft Word's word count program.

DATED: Honolulu, Hawaiʻi, October 29, 2018.

/s/ LORETTA A. SHEEHAN
LORETTA A. SHEEHAN
CLARE E. CONNORS
THOMAS M. OTAKE
LYLE S. HOSODA
ADDISON D. BONNER

Attorneys for Plaintiff