KOBAYASHI SUGITA & GODA, LLP

CRAIG K. SHIKUMA 4018
JESSE D. FRANKLIN-MURDOCK 10778
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 535-5700
Facsimile: (808) 535-5799
Email: cks@ksglaw.com; jfm@ksglaw.com

Attorneys for Defendant
ROY ASHER, in his individual capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT; DARRYL PERRY; ROY ASHER; MICHAEL CONTRADES; AND DOE DEFENDANTS 16-100,<br><br>Defendants. | CIVIL NO. 1:16-cv-00350-LEK-RLP<br>(Other Civil Rights)<br><br>DEFENDANT ROY ASHER'S, IN HIS INDIVIDUAL CAPACITY, MOTION TO STRIKE (1) PLAINTIFF'S MEMORANDUM IN OPPOSITION TO [312] DEFENDANT ROY ASHER'S, IN HIS INDIVIDUAL CAPACITY, MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT, FILED FEBRUARY 15, 2018 AND (2) PLAINTIFF'S CONCISE COUNTERSTATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO [312] DEFENDANT ROY ASHER'S, IN HIS INDIVIDUAL CAPACITY, MOTION FOR |

|  | SUMMARY JUDGMENT [ECF NOS. 394-395]; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
|---|---|
|  | Trial date:  May 6, 2019 |
| _____ |  |

**DEFENDANT ROY ASHER'S, IN HIS INDIVIDUAL CAPACITY, MOTION TO STRIKE (1) PLAINTIFF'S MEMORANDUM IN OPPOSITION TO [312] DEFENDANT ROY ASHER'S, IN HIS INDIVIDUAL CAPACITY, MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT, FILED FEBRUARY 15, 2018 AND (2) PLAINTIFF'S CONCISE COUNTERSTATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO [312] DEFENDANT ROY ASHER'S, IN HIS INDIVIDUAL CAPACITY, MOTION FOR SUMMARY JUDGMENT [ECF NOS. 394-395]**

Defendant ROY ASHER, in his individual capacity, by and through his attorneys, Kobayashi Sugita & Goda, LLP, hereby moves this Honorable Court to strike (1) Plaintiff's Memorandum in Opposition to Defendant Roy Asher's, in his individual capacity, Motion for Summary Judgment as to Plaintiff's Second Amended Complaint, Filed February 15, 2018 and (2) Plaintiff's Concise Counterstatement of Material Facts in Support of his Memorandum in Opposition to [312] Defendant Roy Asher's, in his individual capacity, Motion for Summary Judgment [ECF Nos. 394-395].

This Motion is made pursuant to Rules 7, 11, and 12 of the Federal Rules of Civil Procedure, and Rules 7.4 and 56.1 of the Local Rules of Practice of the

2

United States District Court for the District of Hawaii, and is based upon the accompanying Memorandum in Support of Motion, such further evidence and argument as may be subsequently presented to the Court, and the entire record and files herein.

     DATED:  Honolulu, Hawaii, October 31, 2018.

                      /s/ Craig K. Shikuma
                      CRAIG K. SHIKUMA
                      JESSE D. FRANKLIN-MURDOCK

                      Attorneys for Defendant
                      ROY ASHER, in his individual capacity